IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MATTHEW MOORE                                                       PLAINTIFF

v.                          No. 4:25-cv-417-DPM

SOCIAL SECURITY
ADMINISTRATION, Commissioner                      DEFENDANT

## ORDER

Unopposed recommendation, *Doc. 13*, adopted. Fed. R. Civ. P. 72(b)(1983 addition to advisory committee notes). Substantial evidence supports the ALJ's decision; and the Court sees no error of law. *Sloan v. Saul*, 933 F.3d 946, 949 (8th Cir. 2019). Moore's complaint will therefore be dismissed with prejudice.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 December 2025