IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MATTHEW MOORE                                                              PLAINTIFF

v.                              No. 4:25-cv-417-DPM

SOCIAL SECURITY
ADMINISTRATION, Commissioner                                          DEFENDANT

## JUDGMENT

Moore's complaint is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

9 December 2025